IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO ☒ DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

    Heather Stewart and Jason Stewart v. Bank of America, N.A.

    Cause No. C-2013-1584A

    22nd Judicial District Court of Comal County, Texas

2. Was jury demand made in State Court?   Yes ☐   No ☒
   If yes, by which party and on what date?

    _____    _____
    Party Name                                                                              Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

    Plaintiffs: Heather Stewart and Jason Stewart
    Defendants: Bank of America, N.A.

    Counsel for Plaintiff: Charles Riley, Riley & Riley, Attorneys at Law, 320 Lexington Ave., San Antonio, TX 78215-1913, (210) 227-7907 - facsimile, (210) 225-7236 - telephone

    Counsel for Defendant: Andrew Spaniol, Bryan Cave LLP, 2200 Ross Ave., Ste. 3300, Dallas, TX 75201, (214) 721-8100 facsimile, (214) 721-8000 - telephone

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).
   N/A

**VERIFICATION:**

Andrew Spaniol  _[signature]_  01/09/14
Attorney for Removing Party                Date

Bank of America, N.A.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)